1

**MISCELLANEOUS**
**B 03-009**

|  |  |
|---|---|
| VS. | // UNITED STATES DISTRICT <br> // COURT SOUTHERN DISTRICT <br> // COURT BROWSVILLE |
| TEXAS DEARTMENT <br> OF CRIMINAL JUSTICE | // DIVISION |

United States District Court
Southern District of Texas
FILED

APR 1 6 2003

Michael N. Milby
Clerk of Court

1983 CIVIL ACTION

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW _____, PETITIONER AND FILE THROUGH HIMSELF 1983 CIVIL ACTION IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHER DISTRICT OF TEXAS PURUANT TO 28 U.S.C § 2242 AND IN SUPPORT OF THIS 1983 CIVIL ACTION WOULD SHOW AS FOLLOWS:

**I**

PETITIONER BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE LOPEZ UNIT SSD UNDER THE DIRECTION OF SENIOR WARDEN R. BALLI.

**II**

PETITIONER ON APRIL 14, WAS INJURED ON TEXAS WILDLIFE PARK WITH A CHAINSAW AND HAD A POOR MEDICAL ATTENTION NO MEDICA STEFF OR DOCTOR

I MICHAEL ALCARAZ BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE LOPEZ UNIT SJD, DECLARED UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT 4-14-2003

RESPECTFULLY SUBMITTED

*Michael Alcaraz*

MICHAEL ALCARAZ    PRO-SE

CERTIFICATE OF SERVICE

I MICHAEL ALCARAZ DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING 1983 CIVIL ACTION HAS BEEN FORWARDED TO THE UNITED STATE DISTRICT COURT FOR THE SOUTHERN DISTRICT COURT ATTORNEY'S OFFICE 600 E. HARRISON BROWNSVILLE, TX 78520 ON THE 14 DAY OF APRIL 2003

*Michael Alcaraz*   #1141621

MICHAEL ALCARAZ    PETITIONER
LOPEZ SJD K14-06
1203 EL CIBOLO RD
EDINBURG TX 78539

ORDER

BE IT REMEMBERED, THAT ON THIS 14 DAY OF APRIL 2003, CAME ON TO BE CONSIDERED THE ABOVE 1983 CIVIL ACTION, WHICH HAVE BEEN ONLY CONSIDERED BY THE COURT IS HEREBY GRANTED OR DENIED

JUDGE PRESIDING


To whom it may concern          K-14-06
Michael Alcaraz #1141621

## OFFENDER DECLARATION

April 14 Monday at 6:50 in morning I was called out on Hoe Squad 10, which is a inside maitence job cutting grass or weedeating. For Lopez State Jail, I was put on a bus that the driver was a Texas wildlife park officer. And there were 11 offenders that were called out with me. We must of drove 35 miles to get there, to the wildlife park. We got off the bus and they gave everybody eye protection (safty glasses) and then gloves and a hat (earplugs). They asked if anybody knows how to run a chainsaw. Only 3 guys raised their hands. So then they showed how to work and start the chainsaw. They did show the brake on the chainsaw for safty. Then we started working cutting trees on a fence line 1/4 of a mile. As I cut the tree branches the other guys would pull the branches back. So after two hours of working I was cutting a med size branch and one guy pulled a branch and it moved a bobwire on the ground that curled up and hit the chainsaw to bring it down and cut my knee and I stoped and