AO 240 (Rev. 6/86)   Application to Proceed

# United States District Court

_____ DISTRICT OF _____

V.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER **MISCELLANEOUS B 03-009**

I, __Michael Scott Alcaraz__, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _Aug 1, 2002  Self Employed  $250.00 week_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes [ ]   No [x]
   b. Rent payments, interest or dividends?   Yes [ ]   No [x]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [x]
   d. Gifts or inheritances?   Yes [ ]   No [x]
   e. Any other sources? _Family_   Yes [x]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. FAMILY 200.00 8-MONTHS

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)   CASH $5.00 PRISON INMATE FUNDS
   if the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2 - 2003                    Michael Alcorn
              (Date)                        Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

NOTE

I certify that the applicant named herein has the sum of $ Ø - $5.00
or amount to his credit at the Lopez State Jail Edenburg, TX
where he is confined. I further certify that the applicant likewise has the following securities to according to the records of said institution: DID NOT WISH TO SPEAK TO ANY OFFICERS. ALSO MY MAIL WAS OPENED THAT YOU SENT TO ME, THEY PUT TAPE ON THE BACK OF IT. LEGAL MAIL FROM YOU.
certify that during the last six months the applicant's average balance was $ Ø - $5.00
         ↑ I DON'T THINK YOU PUT TAPE ON YOUR LETTERS.

_____
Authorized Officer of Institution

## ORDER OF COURT

| ation is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge     Date | United States Judge     Date |
|                               | or Magistrate |