Page 1

3

// UNITED STATES DISTRICT
// COURT SOUTHERN DISTRICT
// COURT BROWNSVILLE
// DIVISION

VS

TEXAS DEPARTMENT //
OF CRIMINAL JUSTICE //

United States District Court
Southern District of Texas
FILED
MAY 0 6 2003
Michael N. Milby
Clerk of Court

I Michael Alcaraz Being Presntly incarcerated in the Texas Department of Criminal Justice Lopez Unit SJD Declared under Penalty of Perjury That the Foregoing is True And Correct 5-2, 2003

Respectfully Submitted
*Michael Alcaraz*
Michael Alcaraz Pro-SE

"To Whom iT May concern"

On April 14 Monday when the bus returned to the Lopez State Jail I was Allready cut on my ~~Kike~~ Knee And one officer came on the bus And passed out 11 peices of Paper that said A lot of Things on it. That The TEXAS Wild Life will not be responible for

Page 2

As soon as we get off the bus. No one told me nothing. So I went over there to medical and the lady officer told me that to come back, after I went and took a shower. On the way to the chow hall, the lady nurse put some Iodine medication swabs and pushed the meat hanging out back in, and put a big bandaid on it. And told me to clean it my self. The next day my knee was real sore it hurt me to walk on it, I told the officer Garcia that it hurt. he said to walk it off. Then when we got to the job the Texas wild life man, gave me a pole chain saw to cut with he laughed and said that the pole saw won't cut you. It is too far away from you. I saw another offender and he got cut on his knee, the same leg the same spot, maybe 2 inches below the knee. They let him stop working and they took a picture of his knee and took him in a white van off back to the prision. His name was Cruze. I heard he got 3 stiches I feel that mine ~~when~~ went to the bone on

[margin note: chainsaw cut his]