United States District Court
Southern District of Texas
ENTERED

MAY 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL SCOTT ALCARAZ, | § | **MISCELLANEOUS** |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-009 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Petitioner Perales' Motion to Proceed In Forma Pauperis (Doc. # 2). In order for Petitioner Alcaraz to proceed on appeal, he must conform with the Prison Litigation Reform Act. The statute requires that a prisoner seeking pauper status in a 42 U.S.C. Section 1983 case first file an affidavit of indigency and a certified copy of the prison trust account statement. 28 U.S.C. §§ 1915(a)(2), 1915(b)(1). Petitioner has not filed a certified copy of the prison trust account statement, therefore his motion can not be granted at this time. Petitioner is hereby ORDERED to file said statement on or before June 20, 2003.

DONE at Brownsville, Texas, this 21ST day of May, 2003.

_____
Felix Recio
United States Magistrate Judge