May 28, 2003  (5)

MISC-B-03-09

I Michael Alcaraz has been moved to a trusty camp so I am not at Lopez State Jail no more. I put a I-60 to get a certified copy of the prision trust account. I am sending you this last copy of my commissary purchase receipt. My family sends me money once a month.

PLEASE tell me what to do with the paper that is not written on. The FACSIMILE Part I don't understand.

— Michael Alcaraz

```
Location...: 1031 - 01              TDCJ - E&R Programs                        Date: 5/19/03
Salesperson: LC05446                  LOPEZ STATE JAIL                         Time: 16:26:42
                                  Commissary Purchase Receipt                  Page:   1
Purchaser: ALCARAZ,MICHAEL
ID Number: 01141621          Beginning Account Balance:    $39.05   Begin Spend Limit:   $39.05
Item Number    Item Description        Unit Price  Quantity  Ext.Amt   Class      Spend Limit

27000      SHAMPOO-SUAVE                   1.40       1       1.40    HYGN         $37.65
00403      REFRIED BEANS-POUCH             1.00       3       3.00    REGU         $34.65
40008      NUTZO                            .35       3       1.05    REGU         $33.60
09308      PORK SKINS                       .65       1        .65    REGU         $32.95
40016      GOLD RIM PINTS                  1.50       2       3.00    REGU         $29.95
02465      COOL OFF-GRAPE                   .10      30       3.00    REGU         $26.95
09305      CHIP-CORN 16 OZ. '03             .90       1        .90    REGU         $26.05
00078      COFFEE INSTANT 100% COLUMBIAN   1.55       1       1.55    REGU         $24.50
00235      CHEESE-SQUEEZE SHARP            2.00       1       2.00    REGU         $22.50
00180      TUNA IN WATER - POUCH 03         .95       2       1.90    REGU         $20.60
00027      STRAWBERRY SODA                  .25       4       1.00    REGU         $19.60
70003      MRS. BAIRDS PASTRIES             .50       2       1.00    REGU         $18.60
04013      COOK-LDM STRAWBERRY CREME 14OZ   .75       1        .75    REGU         $17.85
```

```
Location...: 1031 - 01              TDCJ - E&R Programs                        Date: 5/19/03
Salesperson: LC05446                  LOPEZ STATE JAIL                         Time: 16:26:42
                                  Commissary Purchase Receipt                  Page:   2
Purchaser: ALCARAZ,MICHAEL
ID Number: 01141621          Beginning Account Balance:    $39.05   Begin Spend Limit:   $39.05
Item Number    Item Description        Unit Price  Quantity  Ext.Amt   Class      Spend Limit

09300      CHIP-TORTILLA  16 OZ.'03         .90       1        .90    REGU         $16.95
00262      FRUIT SALAD-TROPICAL            1.20       1       1.20    REGU         $15.75
00001      DR.PEPPER                        .40       1        .40    REGU         $15.35
00703      POMADE-HAIR DRESSING BL DUCHES   .95       1        .95    REGU         $14.40
00094      SOAP-DIAL                        .15       7       1.05    HYGN         $13.35

                    Transaction Total:      63     $25.70
               Sales Tax included in above amount:   $.81
                   Ending Account Balance:         $13.35    End Spend Limit:    $13.35

                    SIGNATURE /s/ Michael Alcaraz **          THUMBPRINT _____
```