UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 1 1 2003
Michael N. Milby, Clerk of Court

| | |
|---|---|
| MICHAEL SCOTT ALCARAZ, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TEXAS DEPARTMENT OF CRIMINAL § <br> JUSTICE, § <br> Defendant. § | CIVIL ACTION NO. B-03-009 |

United States District Court
Southern District of Texas
ENTERED
JUN 1 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

Before the Court is Petitioner Perales' Motion to Proceed In Forma Pauperis (Doc. # 2). In order for Petitioner Alcaraz to proceed in forma pauperis, he must conform with the Prison Litigation Reform Act. The statute requires that a prisoner seeking pauper status in a 42 U.S.C. Section 1983 case first file an affidavit of indigency and a certified copy of the prison trust account statement. 28 U.S.C. §§ 1915(a)(2), 1915(b)(1). Petitioner has now filed information from the prison regarding his financial status, therefore Petitioner's Motion to Proceed In Forma Pauperis (Doc. # 2) is hereby GRANTED. IT IS ORDERED that the United States District Clerk issue summons and the United States Marshal serve a copy of the complaint, summons, and this order upon the Defendant, specifically Gary L. Johnson, Executive Director of the Texas Department of Criminal Justice. All costs of service shall be advanced by the United States. The Department of Criminal Justice is hereby ORDERED to respond to Petitioner's complaint on or before August 15, 2003.

DONE at Brownsville, Texas, this 11th day of June, 2003.

Felix Recio
United States Magistrate Judge