United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL SCOTT ALCARAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | MISCELLANEOUS NO. B-03-009 |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation regarding the above-referenced cause of action. After a de novo review of the file:

1.    The Magistrate Judge's Report and Recommendation is hereby ADOPTED; and

2.    Defendant Texas Department of Criminal Justice's Motion to Dismiss (Docket No. 8) is hereby GRANTED.

As a result, the Plaintiff's cause of action is hereby DISMISSED.


IT IS SO ORDERED.


DONE in Brownsville, Texas on this _____ day of _____, 2004.


_____
Hilda Tagle
United States District Judge

4